IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-cv-105

MOUNT OLIVE PICKLE COMPANY, INC.,

    Plaintiff,

    v.

TIDEWATER TRANSIT CO., INC.,

    Defendant.

NOTICE OF REMOVAL
(Federal Question,
28 USC §§ 1331, 1441 & 1446)

Removed from Wayne County Superior Court
Case No. 19 CVS 240

    Defendant Tidewater Transit Co., Inc. ("Tidewater"), through counsel, hereby removes this action from the North Carolina General Court of Justice, Superior Court Division for Wayne County to the United States District Court for the Eastern District of North Carolina, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. As grounds for this removal and in support whereof, Defendant shows unto the Court the following:

    1.    On February 8, 2019, Plaintiff Mount Olive Pickle Company, Inc. commenced an action in the North Carolina General Court of Justice, Superior Court Division for Wayne County styled *Mount Olive Pickle Company, Inc. v. Tidewater Transit Co., Inc.* The case was assigned case number 19 CVS 240 by the Wayne County Superior Court.

    2.    Defendant received service of the Summons and Complaint on February 14, 2019.

    3.    This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) as 30 days have not elapsed since Defendant received service of the Summons and Complaint.

    4.    This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1331.

    5.    As alleged in its Complaint, Plaintiff's cause of action arises from Tidewater's transportation of salt from a third party vendor to Plaintiff. *See* Compl. ¶¶ 5–8.

6. Prior to October 15, 2017, pursuant to a Bulk Transfer Agreement and associated bills of lading, Tidewater transported to Plaintiff numerous shipments of salt, which had been purchased by Plaintiff from Cargill, Inc. ("Cargill")—the third party vendor referenced in Plaintiff's Complaint. The salt shipments were placed in commerce by Cargill and transported from out-of-state by rail car to a Tidewater facility in North Carolina. The salt was then transferred from rail car to Tidewater trailers dedicated to distributing Cargill's salt to numerous purchasers, and thereafter transported as directed by Cargill to Plaintiff by tractor-trailer.

7. Accordingly, Plaintiff's claim arises from transportation of goods by motor carrier involving interstate commerce. Although styled as a common law claim for negligence, Plaintiff's claim is preempted and governed by the Carmack Amendment, 49 U.S.C. § 14706. This is a federal claim over which this Court has original jurisdiction. *See* 28 U.S.C. § 1331; 49 U.S.C. § 14706.

8. Plaintiff's Complaint seeks alleged damages in excess of $25,000. Compl. ¶ 15. The action is therefore removable under 28 U.S.C. § 1445(b).

9. The Wayne County Superior Court, where the Complaint was filed, is embraced within the Eastern District of North Carolina, and therefore this Court is the proper court for the removal of this action. *See* 28 U.S.C. §§ 113 & 1441(a).

10. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon or otherwise provided to Defendant are attached hereto as follows:

   a. Exhibit 1: Civil Action Cover Sheet;

   b. Exhibit 2: Summons;

   c. Exhibit 3: Complaint;

   d. Exhibit 4: Affidavit of Service; and

   e.  Exhibit 5: Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Tidewater Transit Co., Inc.

  11. Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this case (attached hereto as Exhibit 6), together with a copy of this Notice shall be filed with the Clerk of the state court and shall be served on Plaintiff.

  WHEREFORE, Defendant respectfully requests that this case proceed before this Court as an action properly removed.

  Respectfully submitted, this the 14th day of March, 2019.

            /s/ Joseph A. Ponzi
            Joseph A. Ponzi
            N.C. State Bar No. 36999
            George W. House
            N.C. State Bar No. 7426
            **BROOKS, PIERCE, McLENDON**
            **HUMPHREY & LEONARD, L.L.P.**
            Post Office Box 26000
            Greensboro, North Carolina 27420-6000
            Telephone: (336) 373-8850
            Facsimile: (336) 232-9114
            ghouse@brookspierce.com
            jponzi@brookspierce.com

            *Attorneys for Tidewater Transit Co., Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, the foregoing document (with exhibits) is being/was served upon the following by email and by depositing a copy of the same in the United States mail, postage prepaid, addressed as follows:

>Peter W. Vogt
>Scott A. Hefner
>BUTLER WEIHMULLER KATZ CRAIG LLP
>11605 N. Community House Road, Suite 150
>Charlotte, North Carolina 28277
>pvogt@butler.legal
>shefner@butler.legal
>
>*Attorneys for Plaintiff*

This is the 14th day of March, 2019.

>/s/ Joseph A. Ponzi
>Joseph A. Ponzi
>N.C. State Bar No. 36999
>**BROOKS, PIERCE, McLENDON**
>**HUMPHREY & LEONARD, L.L.P.**
>Post Office Box 26000
>Greensboro, North Carolina 27420-6000
>Telephone: (336) 373-8850
>Facsimile: (336) 232-9114
>jponzi@brookspierce.com
>
>*Attorney for Tidewater Transit Co., Inc.*